UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLENN MARTIN, Individually and For Others Similarly Situated,<br><br>v.<br><br>COMPASS GROUP USA, INC. | Case No. 1:23-cv-12354-WGY |

## ORDER
## GRANTING APPROVAL OF SETTLEMENT, ATTORNEYS' FEES, AND COSTS

Following Plaintiff's Unopposed Motion for Approval of Settlement, Attorneys' Fees, and Costs in this Action, having considered all papers filed and proceedings had herein, and having reviewed the record in this action, the Court hereby orders as follows:

1. The Settlement as set forth in the Settlement Agreement and Release as fair, adequate, and reasonable vis-à-vis Plaintiffs;

2. The Court approves the Service Award to the Named Plaintiff;

3. The Court approves the award of attorney's fees and costs as set forth in the Settlement Agreement and Release; and

4. The Court dismisses this case with prejudice.

**IT IS SO ORDERED.**

Dated: September 30, 2024

/s/William G. Young
———————————————
Hon. William G. Young
United States District Judge